378

## Loretto RICHARDS v. COMMISSIONER OF INTERNAL REVENUE.

### No. 9373.

Circuit Court of Appeals, Fifth Circuit.

April 9, 1940.

Gibbons Burke, of New Orleans, La., for petitioner.

Newton K. Fox and Sewall Key, Sp. Assts. to Atty. Gen., Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Irving M. Tullar, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

HOLMES, Circuit Judge.

This case is controlled by our opinion in the case of E. V. Richards, Jr., v. Commissioner of Internal Revenue, 5 Cir., 111 F.2d 376, filed this day. Therefore, the order of the Board of Tax Appeals is reversed, and the cause remanded for further proceedings not inconsistent with said opinion.

SIBLEY, Circuit Judge, dissents.